IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AVON C. QUIERO, JR.

    Plaintiff,

v.

OFFICER MUNIZ, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:14-CV-00225
(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 27th day of January, 2017, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 46) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 46) is **ADOPTED in its entirety**.

(2) Defendants' motion to dismiss (Doc. 37) Quiero's Amended Complaint (Doc. 31) is **GRANTED in part and DENIED in part**;

(3) Quiero's Fourteenth Amendment pre-deprivation denial of due process claim against Defendant Karnes is **DISMISSED with prejudice**;

(4) Quiero's First Amendment retaliation and Fourteenth Amendment post-deprivation denial of due process claims against Defendant Karnes is **DISMISSED without prejudice**;

(5) Quiero's request for a specific sum of money damages is **STRICKEN** from the claim for damages pursuant to Local Rule 8.1;

(6) Defendants' motion to dismiss is **DENIED** as to Quiero's First Amendment free exercise of religion claim against Defendant Karnes;

(7) Quiero has **thirty (30) days** from the date of entry of this Order to file a second amended complaint in accordance with the applicable federal pleading standards and consistent with the Report and Recommendation (Doc. 46); and

(8) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge