# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AVON C. QUIERO, JR.,

    Plaintiff,

        v.

OFFICER MUNIZ, *et al.*,

    Defendants.

NO. 3:14-CV-0225

(JUDGE CAPUTO)

(MAGISTRATE JUDGE ARBUCKLE)

## **ORDER**

**NOW**, this 14th day of May, 2018, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 60) of Magistrate Judge William I. Arbuckle is **ADOPTED as stated** in the accompanying Opinion.

(2)     Defendants' Motion for Summary Judgment (Doc. 55) is **GRANTED**.

(3)     Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all claims remaining in this action.

(4)     The Clerk of Court is directed to mark the case as **CLOSED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge